IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

GEMS TV (USA) LIMITED,

Debtor.

Chapter 11

Case No. 10-11158 (PJW)

## NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND FIXING OF CERTAIN DATES

On April 5, 2010, Gems TV (USA) Limited, the debtor and debtor-in-possession in the above-captioned case (the "Debtor"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"). The Debtor, the Debtor's address, the Debtor's bankruptcy case number, and the last four digits of the Debtor's federal tax identification number are as follows:

| DEBTOR (Other names, if any, used by the Debtor in the last 6 years) | ADDRESS | CASE NO. | EID No. |
|---|---|---|---|
| Gems TV (USA) Limited (a/k/a GemsTV) | 1190 Trademark Drive Suite 107 Reno, NV 89521 | 10-11158 | 9452 |

DATE, TIME AND LOCATION OF MEETING OF CREDITORS. **MAY 12, 2010 AT 2:00 P.M. (PREVAILING EASTERN TIME), J. CALEB BOGGS FEDERAL BUILDING, 844 NORTH KING STREET, ROOM 2112, WILMINGTON, DELAWARE 19801.**

MEETING OF CREDITORS. The Debtor's representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, creditors may examine the Debtor and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time-to-time by notice at the meeting, without further written notice to the creditors.

COMMENCEMENT OF CASE. A petition under chapter 11 of the Bankruptcy Code has been filed in the United States Bankruptcy Court for the District of Delaware (the "Court") by the Debtor, and an order for relief has been entered. You will not receive notice of all documents filed in this case. All documents filed with the Court, including lists of the Debtor's property and debts, are available for inspection at the Office of the Clerk of the Court (the "Clerk's Office"). In addition, such documents may be available at www.deb.uscourts.gov. A PACER password is needed to access these documents and can be obtained from the PACER Service Center at www.pacer.psc.uscourts.gov. In addition, such documents are available through the website of Epiq Bankruptcy Solutions, LLC, the claims agent in this case, at www.epiqbankruptcysolutions.com.

DEADLINE TO FILE A PROOF OF CLAIM. Notice of this deadline will be sent by and through a separate notice.

NAME, ADDRESS, AND TELEPHONE NUMBER OF TRUSTEE. None appointed to date.

DB02:9502328.1                                                                                               069355.1001

COUNSEL FOR THE DEBTOR.

    Robert S. Brady, Esq.
    Edwin J. Harron, Esq.
    Edmon L. Morton, Esq.
    Kenneth J. Enos, Esq.
    Robert F. Poppiti, Jr., Esq.
    YOUNG CONAWAY STARGATT & TAYLOR, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, Delaware 19899-0391
    Telephone: (302) 571-6600

PURPOSE OF CHAPTER 11 FILING. Chapter 11 of the Bankruptcy Code enables debtors to reorganize pursuant to a plan. A plan is not effective unless approved by the Court at a confirmation hearing. Creditors will be given notice concerning any plan, or in the event this case is dismissed or converted to another chapter of the Bankruptcy Code. The Debtor will remain in possession of its property and will continue to operate its businesses unless a trustee is appointed.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. A creditor is anyone to whom the Debtor owes money or property. Under the Bankruptcy Code, the Debtor is granted certain protections against creditors. Common examples of prohibited actions by creditors are contacting the Debtor to demand repayment, taking action against the Debtor to collect money owed to creditors or to take property of the Debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against the Debtor, the Court may penalize that creditor. A creditor who is considering taking action against the Debtor or the property of the Debtor should review section 362 of the Bankruptcy Code and may wish to seek legal advice. *The staff of the Clerk's Office is not permitted to give legal advice.*

CLAIMS. Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim, which is not listed as disputed, contingent, or unliquidated as to amount, may, but is not required to, file a proof of claim in this case. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in this case or share in any distribution must file a proof of claim. A creditor who desires to rely on the schedules of creditors has the responsibility for determining that its claim is listed accurately. *Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtor's known creditors.* Proof of claim forms also are available in the clerk's office of any United States Bankruptcy Court and from the Court's website at www.deb.uscourts.gov.

DISCHARGE OF DEBTS. Confirmation of a chapter 11 case may result in a discharge of debts, which may include all or part of your debt. *See* 11 U.S.C. § 1141(d). A discharge means that you may never try to collect the debt from the Debtor, except as provided in the plan.

For the Court:     /s/ David D. Bird                        Dated: April 15, 2010
                Clerk of the United States Bankruptcy
                Court for the District of Delaware