## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| GEMS TV (USA) LIMITED,[1] | ) | Case No. 10-11158 (PJW) |
| | ) | |
| Debtor. | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear as proposed counsel to the Official Committee of Unsecured Creditors in the above-captioned case. Pursuant to Section 1109(b) of the Bankruptcy Code, 11 U.S.C. § 1109(b), and Rule 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned request that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

---

[1] The last four digits of the Debtor's federal tax identification number are 9452. The Debtor's address is 1190 Trademark Drive, Suite 107, Reno, NV 89521.

Jeffrey M. Schlerf, Esquire
Eric M. Sutty, Esquire
John H. Strock, Esquire
FOX ROTHSCHILD LLP
Citizens Bank Center
919 North Market Street,
Suite 1600
Wilmington, Delaware 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
jschlerf@foxrothschild.com
esutty@foxrothschild.com
jstrock@foxrothschild.com

Ian R. Winters, Esquire
Patrick J. Orr, Esquire
KLESTADT & WINTERS, LLP
292 Madison Avenue, 17th Floor
New York, New York 10017-6314
Telephone: 212.972-3000
Facsimile: 212.972-2245
iwinters@klestadt.com
porr@klestadt.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of an application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the

possession, custody, or control of others that any of the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

Dated: April 20, 2010
Wilmington, Delaware

**FOX ROTHSCHILD LLP**

Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
John H. Strock (No. 4965)
Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, Delaware 19899-2323
Telephone: (302) 654-7444

-and-

Ian R. Winters, Esquire
Patrick J. Orr, Esquire
**KLESTADT & WINTERS, LLP**
292 Madison Avenue, 17th Floor
New York, New York 10017-6314
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

Proposed Counsel to the
Official Committee of Unsecured Creditors