## CERTIFICATE OF SERVICE

I, Jeffrey M. Schlerf, hereby certify that on the 20th day of April, 2010, I caused a copy of the **Notice of Appearance and Request for Services of Papers** to be served upon the attached service list in the manner indicated.

_____
Jeffrey M. Schlerf (No. 3047)

| | |
|---|---|
| Todd B. Becker, Esq.<br>The Law Offices of Todd B. Becker<br>3750 East Anaheim Street<br>Long Beach, CA 90804<br>(Counsel to Zalemark, Inc.)<br>***First Class Mail*** | Martin G. Bunin, Esq.<br>Alston & Bird LLP<br>90 Park Avenue<br>New York, NY 10016<br>(Counsel to DirecTV)<br>***First Class Mail*** |
| William A. Evanoff, Esq.<br>Gregory V. Demo, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>(Counsel to Gems TV Holdings Limited)<br>***First Class Mail*** | Eric H. Holder, Jr., Esq.<br>U. S. Attorney General<br>Department of Justice –<br>Commercial Litigation Branch<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001<br>***First Class Mail*** |
| Mark T. Hurford, Esq.<br>Campbell & Levine, LLC<br>800 North King Street, Suite 300<br>Wilmington, DE 19801<br>(Counsel to Zalemark, Inc.)<br>***Hand Delivery*** | Internal Revenue Service<br>Attn: Insolvency Section<br>11601 Roosevelt Blvd., Mail Drop N781<br>P.O. Box 21126<br>Philadelphia, PA 19114<br>***First Class Mail*** |
| John H. Knight, Esq.<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>(Counsel to Gems TV Holdings Limited)<br>***Hand Delivery*** | Joseph J. McMahon, Jr., Esq.<br>Office of the United States Trustee<br>844 North King Street, Suite 2313<br>Lock Box 35<br>Wilmington, DE 19801<br>***Hand Delivery*** |
| Andrew E. Paris, Esq.<br>Leib M. Lerner, Esq.<br>Alston & Bird LLP<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071<br>(Counsel to DirecTV)<br>***First Class Mail*** | Secretary of State<br>Franchise Tax<br>Division of Corporations<br>P.O. Box 7040<br>Dover, DE 19903<br>***First Class Mail*** |

Secretary of Treasury
Attn: Officer, Managing Agent or General Agent
P.O. Box 7040
Dover, DE 19903
*First Class Mail*

Securities & Exchange Commission
Attn: Christopher Cox
100 F Street, NE
Washington, DC 20549
*First Class Mail*

Securities & Exchange Commission
New York Regional Office
Attn: Mark Schonfeld, Regional Director
3 World Financial Center, Suite 400
New York, NY 10281
*First Class Mail*

Securities & Exchange Commission
Bankruptcy Unit
Attn: Michael A. Berman, Esq.
450 Fifth Street NW
Washington, DC 20549
*First Class Mail*

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899
*Hand Delivery*

Duane D. Werb, Esq.
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE 19801
(Counsel to DirecTV)
*Hand Delivery*

Robert S. Brady, Esq.
Edwin J. Harron, Esq.
Edmon L. Morton, Esq.
Kenneth J. Enos, Esq.
Robert F. Poppiti, Jr., Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(Counsel to the Debtor)
*Hand Delivery*