## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| GEMS TV (USA) LIMITED,[1] | ) | Case No. 10-11158 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF IAN R. WINTERS

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Ian R. Winters to represent the Official Committee of Unsecured Creditors, in the above-captioned chapter 11 case.

Dated: April 21, 2010
Wilmington, Delaware

FOX ROTHSCHILD LLP

Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
John H. Strock (No. 4965)
Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, Delaware 19899-2323
Telephone: (302) 654-7444

Proposed Counsel to the
Official Committee of Unsecured Creditors

---

[1] The last four digits of the Debtor's federal tax identification number are 9452. The Debtor's address is 1190 Trademark Drive, Suite 107, Reno, NV 89521.

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York and admitted to practice before the United States District Court for the Southern and Eastern Districts of New York and the United States Bankruptcy Court for the Southern and Eastern Districts of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective as of January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

/s/ Ian R. Winters
_____
Ian R. Winters
**KLESTADT & WINTERS, LLP**
292 Madison Avenue, 17th Floor
New York, New York 10017-6314
Telephone: 212.972.3000
Facsimile: 212.972.2245

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: April __, 2010
Wilmington, Delaware

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge