UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 10-11158 (PJW) |
| Gems TV (USA) Limited, | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtor. | : | CREDITORS |

----------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned case, effective as of the time of the formation announcement on April 15, 2010:

1. **B.H. Multi Com Corp.**, Attn: Benny Hematian, 15 West 46th Street, New York, NY 10036, Phone: 212-944-0020, Fax: 212-921-7796.

2. **DirecTV, Inc.**, Attn: Christopher Murphy, 2230 East Imperial Highway, P.O. Box 915, El Segundo, CA 90245-0915, Phone: 310-964-4849, Fax: 310-726-4884.

3. **Creative Gems and Jewelry Public Company Limited**, 20/11 Soi Anamai-Ngameharoen 31, Ta-Kham Road, Ta-Kham Sub District, Bangkhuntien District, Bangkok 101510 Thailand, Phone: 011-66-2-417-9817, Fax: 011-66-2-417-9783.

4. **Emerald House Ltd.**, Unit M20, Second Floor, Kaiser Estate, Phase 3, 11 Hok Vuen Street, Hunghom, Kowloon, Hong Kong, Phone: +852-2367-3581, Fax: +852-2367-3582.

5. **M/s Charisma Jewellery Private Limited**, Unit No. 004, Multistoried Building Opp. SDF-I, SEEPZ-SEZ, Andheri-East, Mumbai, India 40096, Phone: 91-022-2829-0919, Fax: 91-022-2829-0920.

6. **Prism (USA), Inc.**, Attn: Alpesh Jiwani, 570 Fifth Avenue, Suite 601, New York, NY 10036, Phone: 212-596-4163, Fax: 212-596-4219.

7. **Thai Jewelry Manufacturer Co., Ltd.**, 620/74-75 Sathupradit 44, Yannawa, Bangkok 10120 Thailand, Phone: 662-2940020-2, Fax: 662-2953997-8.

ROBERTA A. DEANGELIS
Acting United States Trustee, Region 3


 /s/ Joseph J. McMahon, Jr. for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: April 22, 2010

Attorney assigned to this case: Joseph J. McMahon, Jr., Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtor's counsel: Robert S. Brady, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253