IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GEMS TV (USA) LIMITED[1] | Case No. 10-11158 (PJW) |
| Debtor. | Ref. Docket No. 84+85 |

**ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING
TO CONSIDER DEBTOR'S MOTION FOR ORDERS: (A)(I) APPROVING BID
PROCEDURES RELATING TO SALE OF THE DEBTOR'S NON-INVENTORY
ASSETS; (II) SCHEDULING A HEARING TO CONSIDER THE SALE;
(III) APPROVING THE FORM AND MANNER OF NOTICE OF SALE BY AUCTION;
(IV) ESTABLISHING PROCEDURES FOR NOTICING AND DETERMINING CURE
AMOUNTS; AND (V) GRANTING RELATED RELIEF; AND (B)(I) APPROVING
ASSET PURCHASE AGREEMENT AND AUTHORIZING THE SALE OF NON-
INVENTORY ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS;
(II) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF ALL LIENS,
CLAIMS, ENCUMBRANCES AND INTERESTS; (III) AUTHORIZING THE
ASSUMPTION AND SALE AND ASSIGNMENT OF THE PURCHASED
CONTRACTS; AND (IV) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion to Shorten")[2] of the above-captioned debtor and debtor in possession (the "Debtor") for entry of an order providing that the applicable notice period for the Debtor's Motion for Orders: (A)(I) Approving Bid Procedures Relating to Sale of the Debtor's Non-Inventory Assets; (II) Scheduling a Hearing to Consider the Sale; (III) Approving the Form and Manner of Notice of Sale by Auction; (IV) Establishing Procedures for Noticing and Determining Cure Amounts; and (V) Granting Related Relief; and (B)(I) Approving Asset Purchase Agreement and Authorizing the Sale of Non-Inventory Assets Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (III) Authorizing the Assumption and Sale and

---

[1] The last four digits of the Debtor's federal tax identification number are 9452. The address for the Debtor is 1190 Trademark Dr., Suite 107, Reno, NV 89521.

[2] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion to Shorten.

Assignment of the Purchased Contracts; and (IV) Granting Related Relief (the "Motion") be shortened pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and the Court having determined that granting the relief requested in the Motion to Shorten is in the best interests of the Debtor, its estate and creditors and other parties in interest; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED, ADJUDGED, AND DECREED that**:

1. The Motion to Shorten is granted.

2. Approval of the Motion as it pertains to the Bid Procedures shall be considered by this Court on May 5, 2010 at 4:00 p.m. (ET).

3. Any responses to the Motion as it pertains to the Bid Procedures shall be filed and served upon the undersigned counsel for the Debtor so as to be received at or before Noon (ET) on May 3, 2010.

4. Approval of the Motion as it pertains to the Sale shall be considered by this Court on May 19, 2010 at 4:00 p.m. (ET).

5. Any responses to the Motion as it pertains to the Sale shall be filed and served upon the undersigned counsel for the Debtor so as to be received at or before Noon (ET) on May 17, 2010.

DB02:9556391.1    069355.1001

6. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
April 3, 2010

_____
Peter J. Walsh
United States Bankruptcy Judge

DB02:9556391.1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　069355.1001