THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GEMS TV (USA) LTD.[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 10-11158 (PJW)<br><br>**Objection Deadline: May 3, 2010 at 12:00 noon (extended to May 5, 2010 at 12:00 noon for the Committee)**<br>**Hearing Date: May 5, 2010 at 4:00 p.m.**<br>**Re: Docket No.: 84** |

## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' LIMITED OBJECTION AND RESERVATION OF RIGHTS TO DEBTOR'S MOTION FOR ORDERS: (A)(I) APPROVING BID PROCEDURES RELATING TO SALE OF THE DEBTOR'S NON-INVENTORY ASSETS; (II) SCHEDULING A HEARING TO CONSIDER THE SALE; (III) APPROVING THE FORM AND MANNER OF NOTICE OF SALE BY AUCTION; (IV) ESTABLISHING PROCEDURES FOR NOTICING AND DETERMINING CURE AMOUNTS; AND (V) GRANTING RELATED RELIEF; AND (B)(I) APPROVING ASSET PURCHASE AGREEMENT AND AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (III) AUTHORIZING THE ASSUMPTION AND SALE AND ASSIGNMENT OF THE PURCHASED CONTRACTS; AND (IV) GRANTING RELATED RELIEF

The Official Committee of Unsecured Creditors (the "Committee") appointed in the above-caption bankruptcy case currently pending in the United States Bankruptcy Court for the District of Delaware, by and through its undersigned proposed counsel, hereby submits the Committee's limited objection and reservation of rights (the "Objection") to the Debtor's Motion for Orders: (A)(I) Approving Bid Procedures Relating to Sale of The Debtor's Non-Inventory Assets; (II) Scheduling a Hearing to Consider the Sale; (III) Approving the Form and Manner of Notice of Sale by Auction; (IV) Establishing Procedures for Noticing and Determining Cure Amounts; and (V) Granting Related Relief; and (B)(I) Approving Asset Purchase Agreement and Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (III) Authorizing the Assumption and Sale and Assignment of the Purchased Contracts; and (IV)

---

[1] The last four digits of the Debtor's federal tax identification number are 9452. The address for the Debtor is 1190 Trademark Dr., Suite 107, Reno, NV 89521.

Granting Related Relief (the "Motion"). In support of the Objection, the Committee represents as follows:

1. On April 28, 2010, the Debtor filed the Motion seeking expedited approval of procedures for the disposition of certain assets and a stalking horse asset purchase agreement for such assets. Since that time the Debtor, Committee, and proposed stalking horse bidder have worked diligently to resolve several issues to the proposed sale procedures and corresponding proposed asset purchase agreement raised by the Committee. As a result of the parties' joint efforts, the parties hope they will be able to present agreed upon sale procedures and stalking horse asset purchase agreement at the scheduled May 5, 2010 hearing (the "Hearing").

2. To date, the parties remain in disagreement on several points they hope to work out prior to the Hearing. Out of an abundance of caution, the Committee files the Objection to preserve its rights to object at the hearing in the event the parties are unable to finalize the proposed sale procedures and/or the proposed stalking horse asset purchase agreement.

Dated: May 5, 2010  
Wilmington, Delaware

**FOX ROTHSCHILD LLP**

Jeffrey M. Schlerf (No. 3047)  
Eric M. Sutty (No. 4007)  
John H. Strock (No. 4965)  
Citizens Bank Center  
919 North Market Street, Suite 1600  
Wilmington, Delaware 19801  
Telephone: (302) 654-7444  
Facsimile: (302) 565-8920

-and-

Ian R. Winters, Esquire
Patrick J. Orr, Esquire
**KLESTADT & WINTERS, LLP**
292 Madison Avenue, 17th Floor
New York, New York 10017
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

Proposed Counsel to the Official
Committee of Unsecured Creditors