# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GEMS TV (USA) LIMITED[1] | Case No. 10-11158 (PJW) |
| Debtor. | **Hearing Date: June 18, 2010 at 9:30 a.m. (ET)** |

## NOTICE OF FILING OF PROPOSED BID PROCEDURES
## ORDER APPROVING AMENDED BID PROCEDURES

**PLEASE TAKE NOTICE** that on April 28, 2010, the above-captioned debtor and debtor-in-possession (the "Debtor") filed its *Motion for Orders: (A)(I) Approving Bid Procedures Relating to Sale of the Debtor's Non-Inventory Assets; (II) Scheduling a Hearing to Consider the Sale; (III) Approving the Form and Manner of Notice of Sale by Auction; (IV) Establishing Procedures for Noticing and Determining Cure Amounts; and (V) Granting Related Relief; and (B)(I) Approving Asset Purchase Agreement and Authorizing the Sale of Non-Inventory Assets Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (III) Authorizing the Assumption and Sale and Assignment of the Purchased Contracts; and (IV) Granting Related Relief* (the "Motion")[2] [Docket No. 84]. On May 5, 2010, the Court entered an Order [Docket No. 110] approving the Bid Procedures and certain other related relief (the "Order") requested in the Motion. You were previously served with the Motion and Order.

**PLEASE TAKE FURTHER NOTICE** that as indicated on the *Notice of Agenda of Matters Scheduled for Hearing on June 18, 2010 at 9:30 a.m. (ET)* (the "Agenda") filed by the Debtor on June 16, 2010 [Docket No. 163], it appears likely that the Stalking Horse Bidder identified in the Motion will be unable to proceed with the Sale pursuant to the terms of the APA. Accordingly, if the Stalking Horse Bidder is unable to proceed pursuant to the terms of the APA as of the time scheduled for the Hearing, the Debtor intends to exercise its right to terminate the APA pursuant to Section 10.1(b) thereof, and proceed with an amended Bid Procedures and Sale process. The Debtor has filed the following annexed hereto:

| | |
|---|---|
| Exhibit 1: | Bid Procedures Order Approving Amended Bid Procedures; |
| Exhibit 2: | Blackline of the Bid Procedures Order Approving Amended Bid Procedures against the Order; |
| Exhibit 3: | Amended Proposed Bid Procedures; and |

---

[1] The last four digits of the Debtor's federal tax identification number are 9452. The address for the Debtor is 1190 Trademark Dr., Suite 107, Reno, NV 89521.

[2] All terms not otherwise defined herein shall be given the meanings ascribed to them in the Motion.

Exhibit 4:    Blackline of the Amended Proposed Bid Procedures against the Bid
              Procedures approved pursuant to the Order.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE AMENDED
BID PROCEDURES WILL BE HELD **JUNE 18, 2010 AT 9:30 A.M. (ET)**, BEFORE THE
HONORABLE PETER J. WALSH, IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR,
COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

Dated: Wilmington, Delaware          YOUNG CONAWAY STARGATT & TAYLOR, LLP
       June 17, 2010

                                     */s/ Kenneth J. Enos*
                                     Robert S. Brady (No. 2847)
                                     Edwin J. Harron (No. 3396)
                                     Edmon L. Morton (No. 3856)
                                     Kenneth J. Enos (No. 4544)
                                     Robert F. Poppiti, Jr. (No. 5052)
                                     The Brandywine Building
                                     1000 West Street, 17th Floor
                                     P.O. Box 391
                                     Wilmington, Delaware 19899-0391
                                     Telephone: (302) 571-6600
                                     Facsimile: (302) 571-1253

                                     ATTORNEYS FOR THE DEBTOR
                                     AND DEBTOR-IN-POSSESSION