# SIGN-IN SHEET

CASE NAME: GEMS TV (USA) LIMITED  COURTROOM NO.: 2

CASE NO.: 10-11158 (PJW)  DATE: 07/07/2010

**PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark T. Hurford | Campbell + Lavine | Zale Work |
| John H. Knight | Richards Layton & Finger | Gems TV Holdings |
| John Strode | Fox Rothschild | Committee |
| Kin Enos | Tony Consing | Debtor |
| Ed Muto | " | " |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Peter J. Walsh

Calendar Date: 07/07/2010
Calendar Time: 09:30 AM ET

#2

*1st Revision 07/06/2010 02:23 PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Gems TV (USA) Limited | 10-11158 | Hearing | 3610301 | Todd B. Becker | 562-495-1500 | Law Offices of Todd B. Becker | Creditor, Zallemark / LIVE |
| | | Gems TV (USA) Limited | 10-11158 | Hearing | 3607147 | ~~William Evanoff~~ | (312) 853-4608 | Sidley Austin | Creditor, Gems TV Holdings / LIVE |
| | | Gems TV (USA) Limited | 10-11158 | Hearing | 3609578 | Ian Winters | 212-972-3000 | Klestadt & Winters, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Gems TV (USA) Limited | 10-11158 | Hearing | 3604122 | Leib M. Lerner | (213) 576-1041 | Alston & Bird, LLP - Los Angeles | Creditor, DIRECTV / LIVE |